Order entered January 22, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01489-CR

**BONILLA, RUDY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 292nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-00598-V

## ORDER

Appellee's motion to publish the opinion in the above referenced case is hereby

**DENIED**.

MARY MURPHY
JUSTICE